UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| JOSEPH ROGER RUDD          ) | Civil Action No. 1:14-3125-JMC-SVH |
|              Plaintiff,      ) | |
| v.                                   ) | |
| CAROLYN W. COLVIN,         ) Acting Commissioner of Social Security,  ) | |
|              Defendant.     ) | |

**ORDER**

Upon consideration of the Joint Stipulation for an award of attorney fees pursuant to the Equal Access to Justice Act (EAJA), it is hereby,

ORDERED that Plaintiff, Joseph Roger Rudd, is awarded attorney fees under the EAJA in the amount of Five Thousand Five Hundred dollars and Zero cents ($5,500.00) in attorney fees. These attorney fees will be paid directly to Plaintiff, Joseph Roger Rudd, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

*J. Michelle Childs*
_____
J. MICHELLE CHILDS
UNITED STATES DISTRICT COURT JUDGE

September 15, 2015